RECEIVED
IN LAKE CHARLES, LA
JUN 13 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DAVID A. FUSELIER | : | DOCKET NO. 2:06-CV-238 |
| VS. | : | JUDGE MINALDI |
| WARDEN, CALCASIEU SHERIFF'S PRISON | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition for writ of *habeas corpus* filed pursuant to §2241 be DISMISSED for lack of jurisdiction.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13 day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE